PHOENIX MUTUAL LIFE INSURANCE COMPANY et al., Appellants, v NATIONAL SHOES, INC., et al., Respondents.— Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.

In the Matter of MARVIN SMITH, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHEILA MOORE, Appellant Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.